ANGELA A. VELEN, ESQ. #217292
COLLECTION AT LAW, INC.
A PROFESSIONAL LAW CORPORATION
3835 East Thousand Oaks Blvd, Suite R-349
Westlake Village, CA 91362
(818) 716-7630
(818) 716-7775 (Fax)

Attorney for Creditor, ARF Financial, LLC.

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF TENNESSEE

IN RE: David Chilton Purvis and Robin Morris Purvis

Debtor.

) CASE NO. 3:19-bk-30157-SHB
)
)
) REQUEST FOR SPECIAL NOTICE
)
)
)

TO THE DEBTORS, TO ALL CREDITORS, AND TO ALL OTHER PARTIES IN INTEREST:

The undersigned hereby requests a copy of all notices sent by this Court to creditors, equity security holders and creditor's committees, also be sent as set forth below:

ANGELA A. VELEN, ESQ.
COLLECTION AT LAW, INC.
3835 East Thousand Oaks Blvd, Suite R-349
Westlake Village, CA 91362
(818) 716-7630
(818) 716-7775 (Fax)

The undersigned represents ARF Financial, LLC., f/k/a Advanced Restaurant Finance, LLC, a California Limited Liability Company, creditor of the above estate.

DATED: January 29, 2019

COLLECTION AT LAW, INC.

By: _____
ANGELA A. VELEN, ESQ.

1

**Request for Special Notice**

## PROOF OF SERVICE

STATE OF CALIFORNIA,
COUNTY OF VENTURA:

    I am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action; my business address is 3835 East Thousand Oaks Blvd, Suite R-349, Westlake Village, CA 91362.

    On January ____, 2019, I served the foregoing **PROOF OF CLAIME** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

Debtor's Attorney:
Thomas Lynn Tarpy, Esq.
1111 Northshore Drive, Suite N-290
Knoxville, TN 37919

Trustee:
John P. Newton Jr.
1111 Northshore Drive, Suite S-570
Knoxville, TN 37919

    I caused such envelope with postage thereon fully paid to be placed in the United States mail at Westlake Village, California.

    I declare under penalty of perjury, under the laws of the United States of America that the foregoing is true and correct.

    Executed on January ____, 2019, at Westlake Village, California.

                                                             _____
                                                               Melanie Swopes

COLLECTION AT LAW, INC.
A PROFESSIONAL LAW CORPORATION
3835 East Thousand Oaks Blvd, Suite R-349
WESTLAKE VILLAGE, CALIFORNIA 91362
TELEPHONE (818) 716-7630 FACSIMILE (818) 716-7775

January 29, 2019

RECEIVED

FEB - 4 2019

U.S. BANKRUPTCY COURT
Knoxville, Tennessee

<u>**VIA US MAIL**</u>
**Attn: Court Clerk**
United States Bankruptcy Court
Eastern District of Tennessee
800 Market Street, Suite 330
Knoxville, TN 37902

    Re:   *In Re David Chilton Purvis, et al.*
             Case Number 3:19-bk-30157-SHB

To Whom It May Concern:

    Enclosed, please find a Proof of Claim and Request for Special Notice that needs to be filed in the above referenced matter.

    Please send me a conformed copy in the Self Addressed Stamped Envelope which is enclosed for your convenience. Thank You.

                         Very truly yours,
                         COLLECTION AT LAW, INC.
               A PROFESSIONAL LAW CORPORATION

                           MELANIE SWOPES
                              Law Clerk

Enclosures as Stated

**Affiliated With Law Firms In:** Arkansas, Florida, Illinois, Kansas, Massachusetts, Michigan, Nevada
New Jersey, New York, Ohio, Pennsylvania, Texas, Virginia, Washington, Wisconsin