# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| DAVID C. PURVIS and, ) | Case No. 19-30157-SHB |
| ROBIN M. PURVIS ) | Chapter 7 |
| ) | |
| Debtors. ) | |

## MOTION FOR RULE 2004 EXAMINATION

Comes now the Trustee and for his Motion for a Bankruptcy Rule 2004 Examination would show as follows:

1. The Movant is the Chapter 7 Trustee in this case.

2. The Trustee would like to question the Debtors, David & Robin Purvis, regarding the estate of the late Robert K. Vann. The Debtors are beneficiaries of Mr. Vann's estate.

3. The Trustee requests the examination of David & Robin Purvis take place at a mutually convenient time and place to be determined by the parties.

WHEREFORE, the Trustee prays for an Order approving a 2004 Examination of David & Robin Purvis for the reasons stated herein.

Dated this 5th day of April, 2019.

/s/ John P. Newton, Jr.
John P. Newton, Jr., Trustee
South Tower, Suite S-570
1111 Northshore Dr.
Knoxville, Tennessee 37919
(865) 588-5111

CERTIFICATE OF SERVICE

      I, John P. Newton, Jr., certify that a true and correct copy of the foregoing Motion for Rule 2004 Examination and Proposed Order has been served on the following parties via Electronic Case Filing (ECF) and/or U.S. Mail (with sufficient postage to insure delivery) on this the 5th day of April, 2019.

      /s/ John P. Newton, Jr.
      John P. Newton, Jr., Trustee

Tiffany DiIorio, Esq. (ECF)
Office of the U.S. Trustee

Thomas L. Tarpy, Esq. (ECF)
Attorney for Debtors

David & Robin Purvis (USPS)
11524 Woodcliff Drive
Knoxville, TN 37934