IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| DAVID CHILTON PURVIS, and ) | |
| ROBIN MORRIS PURVIS ) | Case No. **3:19-bk-30157-SHB** |
| Debtors. ) | Chapter 7 |

## REQUEST FOR NOTICES

Comes the Estate of Kenneth Vann, by and through counsel and requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11U.S.C. §§ 101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

Brent S. Snyder, Esq.
2125 Middlebrook Pike
Knoxville, TN 37921
(865) 546-2141
Brentsnyder77@gmail.com

Dated: June 4, 2019

/s    Brent S. Snyder
Brent S. Snyder, BPR # 21700
2125 Middlebrook Pike
Knoxville, TN 37921
(865) 546-2141
Brentsnyder77@gmail.com